ORDERED UNSEALED on 05/15/2026 s/ judepeters

SEALED

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ANTHONY PENDER,<br>Defendant. | Case No.: '26 MJ2760<br>COMPLAINT FOR VIOLATION OF:<br>Title 18, U.S.C., Sec. 922(g)(1) – Felon in Possession of Ammunition |

The undersigned complainant being duly sworn states:

COUNT ONE

On or about March 31, 2026, within the Southern District of California, defendant ANTHONY PENDER knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess ammunition that traveled in and affected interstate commerce; in violation of Title 18, United States Code, Section 922(g)(1).

AUSTIN SAILOR
SPECIAL AGENT, ATF

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 12 day of May 2026.

HON. STEVE B. CHU
UNITED STATES MAGISTRATE JUDGE

# PROBABLE CAUSE STATEMENT

On March 31, 2026, at approximately 9:00 p.m., Officers with the Oceanside Police Department observed a Nissan Altima in the area of Mission Avenue and Fireside Street, which is within the Southern District of California. The Nissan was being driven without a front license plate, which is a violation of California Vehicle Code §5200(a). A California License Plate bearing 5VNN546 was on the rear of the Nissan and records checks of the license plate revealed the vehicle's registration was expired as of July 2025, which is a violation of California Vehicle Code §4000(a)(1). Based on those moving violations, Officers attempted a traffic stop of the Nissan.

Once Officers initiated their lights and sirens, the Nissan continued to drive for a distance before turning onto another road and into a parking lot. Despite plenty of open stalls, The Nissan did not immediately stop in the parking lot. Instead, the Nissan continued to drive near the northernmost end of the parking lot. As it approached that boundary, a male—later identified as Anthony PENDER—exited the vehicle and ran from police.

As Officers pursued PENDER, they observed him encounter a fence near 3265 Production Avenue. While near the fence, one of the Officers observed PENDER throw an item over the fence. At the time same, a different Officer heard the sound of a hard object hit the ground on the other side of the fence. PENDER was ultimately detained by Officers at the fence near 3265 Production Avenue. PENDER was wearing an ankle monitor at the time he was arrested and was on active parole.

A black 9mm firearm with a privately made lower frame and a serialized Glock upper slide was recovered on the other side of the fence from where PENDER was arrested. The magazine inserted in the firearm was loaded with approximately 14 rounds of ammunition, including four (4) rounds of Hornady ammunition, two (2) rounds of Winchester ammunition, one (1) round of PMC ammunition, and seven (7) rounds of Remington ammunition.

//

//

Records checks on PENDER revealed the following relevant criminal history:

| Conviction Date | Court of Conviction | Charge | Imprisonment |
|---|---|---|---|
| 04/26/2005 | CASC – Vista | Cal. P.C. §187(A) – Attempted Murder with Street Gang Enhancement (Felony)[1] | 352 Months Prison |

The ammunition was seized and inspected. Preliminary checks revealed that none of the ammunition was not manufactured in California and therefore traveled in interstate commerce to arrive in California.

**REQUEST FOR SEALING**

It is further respectfully requested that this Court issue an Order sealing, until further order of this Court, all papers submitted in support of this complaint, including the probable cause statement and arrest warrant. Sealing is necessary because premature disclosure of the contents of this probable cause statement and related documents may cause the defendant to flee and may cause destruction of evidence and may have a negative impact on this continuing investigation.

[1] Defendant's criminal history summary includes a notation for this conviction indicating the attempted murder may have been as to multiple individuals. It appears defendant was sentenced to 28 months for each individual, with each 28-month period to run consecutive. Additionally, defendant was sentenced to a seven-year consecutive sentence for a street gang enhancement. This interpretation of the criminal history is consistent with the 352-month sentence imposed.